# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | § |
| | § |
| SECURITY NATIONAL WARRANTY, LLC | § Case No. 08-23343 |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/11/2010 in Courtroom 744,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/02/2011                                  By: /s/ Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (10/1/2010) (Page: 1)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 08-23343-ERW
Security National Warranty, LLC                                          Chapter 7
        Debtor               **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: pseamann              Page 1 of 2           Date Rcvd: Apr 06, 2011
                              Form ID: pdf006             Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2011.
```
db         +Security National Warranty, LLC,    610 Academy Drive,    Northbrook, IL 60062-2421
aty         J Kevin Benjamin,    Benjamin Legal Services,    1016 W. Jackson Boulevard,
             Chicago, IL 60607-2914
aty        +Joseph D Frank,    Frank/Gecker LLP,    325 N LaSalle Suite 625,    Chicago, IL 60654-6465
aty        +Reed A Heiligman,    Frank/Gecker LLP,    325 N LaSalle Street Ste 625,    Chicago, IL 60654-6465
tr         +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
12989404   +1400 S Wolf Road, LLC,    1400 S Wolf Road,    Wheeling, IL 60090-6573
12989405   +Academy Drive, LLC,    3436 N Kennicott Avenue,    Arlington Heights, IL 60004-7814
12576508   +Access One,    820 W. Jackson Blvd., 6th Floor,    Chicago, IL 60607-3026
12576509   +Aerotek Inc,    7301 Parkway Drive,    Hanover, MD 21076-1108
12989447   +Alan Mansfield,    588 Lakeview Pkwy,    Vernon Hills, IL 60061-1826
12989406   +Alan Zaucha,    1969 Hicks Road,    Palatine, IL 60074-3001
12576510   +American Chartered Bank,    932 W. Randolph Street,    Chicago, IL 60607-2219
12797135   +American Chartered Bank,    Hauselman Rappin & Olswang Ltd,    39 S LaSalle St Suite 1105,
             Chicago, IL 60603-1720
12576511    American Express,    P.O. Box 0001,    Los Angeles, CA 90096-0001
12576512   +Blue Cross Blue Sheild,    P.O. Box 1186,    Chicago, IL 60690-1186
12989448   +Byron Udell,    1400 S Wolf Road,    Bldg 500,    Wheeling, IL 60090-6588
12659953   +CIT Technology Financing Services Inc,    Bankruptcy Processing Solutions Inc,
             800 E Sonterra Blvd Suite 240,    San Antonio, TX 78258-3941
12989407   +Cedric McDaniels,    1460 S State,    Chicago, IL 60605-2803
12989408   +Danielle Jones,    5101 Sheridan,    Chicago, IL 60640-3172
12989409   +Darren Green, Esq,    2611 Oak Avenue,    Northbrook, IL 60062-5225
12989410   +Darren Kaye,    782 River Walk Drive,    Wheeling, IL 60090-6391
12989411   +Dexter Moore,    9710 Grasselli Avenue,    Saint John, IN 46373-9726
12989412   +Dykema Law Offices,    400 Renaissance Center,    Detroit, MI 48243-1502
12989413    Edgar Gonzalez,    184 E Dennis Road,    Wheeling, IL 60090
12989449   +Edward Walder,    303 Ravine Drive,    Highland Park, IL 60035-3319
12989414   +Eric Scharlow,    PO Box 171,    Ingleside, IL 60041-0171
12576514   +Forte Communications,    1595 Peachtree Pkwy,    Cummings, GA 30041-9584
12989450   +Glenn Udell,    1332 N Halsted,    Ste 100,    Chicago, IL 60642-2637
12576515   +Graytor Financial,    22442 Network Place,    Chicago, IL 60673-1224
12989451   +Grewg Bregstone,    310 Rivershire Court,    Lincolnshire, Illinois 60069-3814
12576516   +Hartford Insurance,    P.O. Box 2907,    Hartford, CT 06104-2907
12989416    Hassett Commercial,    877 S Route 83,    Suite 200,    Elmhurst, IL   60126
12989417   +Hechtman Group,    5250 Old Orchard Road Ste 400,    Skokie, IL 60077-4415
12989419   +James J Simeri, Esq,    Green Jacobson & Butsch PC,    7733 Forsyth Blvd., Ste 700,
             Clayton, MO 63105-1882
12989420   +Janelle Munns,    2033 Milwaukee Avenue,    #136,    Riverwoods, IL 60015-3581
12989421   +Jeff Reiher,    2400 W Atlantic Avenue,    Waukegan, IL 60085-1504
12989422   +Jeffrey L Widman Esq.,    Shaw, Gussis, Fishman Glantz,    Wolfson & Towbin, LLC,
             321 N Clark Street, Ste 800,    Chicago, IL 60654-4766
12989423   +Johnny Prizant,    1165 Taylor Avenue,    Highland Park, IL 60035-2357
12989424   +Joshua Stanton,    927 W Wilson,    Chicago, IL 60640-5765
12989425   +Justin E Manley,    1047 W 31st Place, Unit 1,    Chicago, IL 60608-6562
12989426   +Kimberly Noschese,    3519 N Orange Ave,    Chicago, IL 60634-2940
12576518   +Klein, Dub & Holleb,    660 LaSalle Place,    Highland Park, IL 60035-3505
12989427   +Kristin Zerbach,    131 N Cranberry Street,    Elkhorn, WI 53121-9470
12989429   +Law Office of James X Bornes,    8 S Michigan Avenue,    Suite 2600,    Chicago, IL 60603-3328
12989430   +Marge Saccomanno,    1756 N Devon,    Glendale Heights, IL 60139-2425
12989431   +Maxine Lovelace,    7130 S Wentworth Avenue,    Chicago, IL 60621-3508
12576519   +Mercury Finance,    7301 Northwest Expressway,    Oklahoma City, OK 73132-1501
12989432   +Mercury Select Management Company Inc,    Joseph B Miller,    Mercury Insurance Group,
             4484 Wilshire Blvd,    Los Angeles, CA 90010-3700
12989433   +Michael Edwards Direct,    980 N Michigan Ave,    Suite 1500,    Chicago, IL 60611-7501
12989434   +Michael Murer,    530 S Oakland Avennue,    Villa Park, IL 60181-2767
12989435   +Nicole Schall,    4851 N Sunrise Lane,    Norridge, IL 60706-3235
12989452   +Paul Walder,    641 W Willow,    Unit 133,    Chicago, IL 60614-5171
12989437   +Paypal,    PO Box 45950,    Omaha, NE 68145-0950
12989438   +Peter J Roberts Esq,    Shaw, Gussis, Fishman, Glantz,,    Wolfson & Towbin LLC,
             321 N Clark Street, Ste 800,    Chicago, IL 60654-4766
12989439   +Phil Klein,    1006 Saint James Place,    Park Ridge, IL 60068-4656
12576520   +Project Leadership,    200 W. Adams, Suite 250,    Chicago, IL 60606-5214
12576522   +RSM McGladrey,    One S. Wacker Drive,    Suite 800,    Chicago, IL 60606-4650,    Attn: Jan Riend
13734672   +Raamases SM Harris,    600 Trace Dr #206,    Buffalo Grove, IL 60089-8320
12989440   +Ralph Shayne,    300 S Wacker,    Suite 2250,    Chicago, IL 60606-6700
12989441   +Rebecca Howard,    300 S Wacker,    Suite 2250,    Chicago, IL 60606-6700
12989442   +Refurbished Office Environments,    905 S Menard Ave,    Chicago, IL 60644-5400
12576521   +Royal Administration,    51 Mill Street Bld F,    Hanover, MA 02339-1641
12576523   +Schwartz Brothers,    One S. Wacker 36th Floor,    Chicago, IL 60606-4603
12989443   +Shaw, Gussis, Fishman, Glantz,    Wolfson & Towbin, LLC,    321 N Clark Street, Ste 800,
             Chicago, IL 60654-4766
12576525   +Sterling Graphics,    12545 W. Burleigh Road, Suite 4,    Brookfield, WI 53005-3101
12989444   +Technical Source,    1447 E Rosita Drive,    Palatine, IL 60074-5603
```

```
District/off: 0752-1           User: pseamann            Page 2 of 2              Date Rcvd: Apr 06, 2011
                               Form ID: pdf006           Total Noticed: 71

12989445     Vito Marzovilla,   05 Neil Avenue,   Mount Prospect, IL 60056
12989446    +Wade Adams,   100 N Dryden Place,   #2B,   Arlington Heights, IL 60004-6352
13720593    +Warranty Finance, LLC,   Ralph Shayne,   300 South Wacker Drive Suite 2250,
              Chicago, IL 60606-6700
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12989436    +E-mail/Text: dladwig@paychex.com Apr 06 2011 22:52:23     Paychex,   1175 John St,
              W Henrietta, NY 14586-9199
13458303    +E-mail/Text: rrein@dykema.com Apr 06 2011 22:51:39     Schwartz Cooper Chartered,
              c/o Edward S. Weil,   180 North LaSalle Street,   Suite 2700,   Chicago, IL 60601-2709
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13458759*   +Schwartz Cooper Chartered,   c/o Edward S. Weil,   180 North LaSalle Street,   Suite 2700,
              Chicago, IL 60601-2709
12576507   ##+AB Distributing,   300 Lexington Drive,   Buffalo Grove, IL 60089-6933
12576513   ##+First American Properties,   3436 N. Kennicott, Suite 100,   Arlington Heights, IL 60004-7814
12989415   ##+Greg Bregstone,   310 Rivershire Court,   Lincolnshire, IL 60069-3814
12576517   ##+Hechtman Group,   444 Skokie Blvd, Suite 300,   Wilmette, IL 60091-3074
12989418   ##+Henry Hill,   9828 S Artesian Ave,   Evergreen park, IL 60805-3214
12989428   ##+Lance Garnett,   1516 N Mayfield,   Chicago, IL 60651-1016
12576524   ##+Schwartz Cooper,   180 N. LaSalle Street,   Suite 2700,   Chicago, IL 60601-2709
                                                                                 TOTALS: 0, * 1, ## 7

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 08, 2011**          **Signature:**     _Joseph Speetjens_