UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
SECURITY NATIONAL WARRANTY, § Case No. 08-23343
LLC
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                           Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:            Claims Discharged
                                             Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER  ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BARRY A. CHATZ_____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | AMERICAN CHARTERED BANK |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000020 | WARRANTY FINANCE, LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000021 | ERIC SCHARLOW | | | | | |
| 000022 | GREG BREGSTONE | | | | | |
| 000014 | HENRY HILL | | | | | |
| 000006 | KIMBERLY NOSCHESE | | | | | |
| 000019 | KRISTIN ZERBACH | | | | | |
| 000017 | MARGE SACCOMANNO | | | | | |
| 000007 | NICOLE SCHALL | | | | | |
| 000012 | WADE ADAMS | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | AEROTEK INC | | | | | |
| 000015 | BYRON UDELL | | | | | |
| 000002 | CIT TECHNOLOGY FINANCING SERVICES I | | | | | |
| 000003 | CIT TECHNOLOGY FINANCING SERVICES I | | | | | |
| 000008 | HASSETT COMMERCIAL | | | | | |
| 000009 | HECHTMAN GROUP | | | | | |
| 000005 | KLEIN, DUB & HOLLEB | | | | | |
| 000018 | MERCURY SELECT MANAGEMENT COMPANY I | | | | | |
| 000011 | PAYCHEX | | | | | |
| 000013 | RSM MCGLADREY | | | | | |
| 000010 | SCHWARTZ COOPER CHARTERED | | | | | |
| 000016 | STERLING GRAPHICS | | | | | |
| 000023 | DARREN KAYE | | | | | |
| 000024 | RAAMASES SM HARRIS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 08-23343 | WER | Judge: EUGENE R. WEDOFF | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | SECURITY NATIONAL WARRANTY, LLC | | | Date Filed (f) or Converted (c): | 09/03/08 (f) |
| | | | | 341(a) Meeting Date: | 10/20/08 |
| For Period Ending: | 08/31/11 | | | Claims Bar Date: | 03/31/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS | 12.83 | 0.00 | DA | 4,996.46 | FA |
| Checking account with American Chartered Bank | | | | | |
| 2. SECURITY DEPOSITS | 15,729.00 | 15,729.00 | DA | 0.00 | FA |
| Security deposit on Commercial Office Lease with Academy Drive LLC | | | | | |
| 3. INSURANCE POLICIES | Unknown | Unknown | DA | 0.00 | FA |
| Health insurance policy with Blue Cross Blue Shield Account no. 81950 | | | | | |
| 4. INSURANCE POLICIES | Unknown | Unknown | DA | 0.00 | FA |
| Directors and Officers Insurance Policy at the time of filing with Schwartz Brothers Insurance | | | | | |
| 5. CONTINGENT CLAIMS | 1,235,675.00 | Unknown | DA | 0.00 | FA |
| Claim against Warranty Finance, LLC under the "claw back" clause of the US Bankruptcy Code regarding preference claims from payments that were made by debtor to Warranty Finance, LLC within 90 days of the filing of this bankruptcy petition. | | | | | |
| 6. CONTINGENT CLAIMS | 457,497.00 | Unknown | DA | 0.00 | FA |
| Claim against Mercury Finance under the "claw back" clause of the US Bankruptcy Code regarding preference claims from payments that were made by debtor to Mercury Finance within 90 days of the filing of this bankruptcy petition. | | | | | |
| 7. CONTINGENT CLAIMS | 3,000,000.00 | Unknown | DA | 0.00 | FA |
| Potential "predictive dialing cause of action as well as a RICO Claim, Civil Conspiracy Claim, Tortious Interference Claim, and Breach of Contract Claim of debtor against Warranty Finance, LLC and perhaps Rebecca Howard and Ralph Shane for knowingly funding warranty sale contracts with money to companies who were perhaps illegally using predictive dialing machines in order to market and sell used car | | | | | |

LFORM1

Ver: 16.02b

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Case 08-23343    Doc 54    Filed 09/16/11    Entered 09/16/11 17:26:43    Desc Main
Document      Page 9 of 14

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 08-23343 | WER | Judge: EUGENE R. WEDOFF | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SECURITY NATIONAL WARRANTY, LLC | | | Date Filed (f) or Converted (c): | 09/03/08 (f) |
| | | | | 341(a) Meeting Date: | 10/20/08 |
| | | | | Claims Bar Date: | 03/31/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| warranties to consumers. | | | | | |
| 8. CONTINGENT CLAIMS | Unknown | Unknown | DA | 0.00 | FA |
| Potential claim of debtor against Warranty Finance, LLC regarding breach of a "standstill" agreement with the debtor. | | | | | |
| 9. CONTINGENT CLAIMS | Unknown | Unknown | DA | 0.00 | FA |
| Potential claim against Warranty Finance, LLC for money taken from debtor in violation of various agreements that had been entered into between debtor and Warranty Finance, LLC | | | | | |
| 10. CONTINGENT CLAIMS | Unknown | Unknown | DA | 0.00 | FA |
| As of the date of the filing of this bankruptcy petition, Mercury Finance LLC was holding large sums of money that rightfully belongs to the debtor, that Mercury Finance had not yet applied to debtor's liabilities. | | | | | |
| 11. INTELLECTUAL PROPERTY | 15,000.00 | Unknown | DA | 0.00 | FA |
| Intellectual Property - business trade secrets and website originally valued at between $35,000 - $40,000 | | | | | |
| 12. LICENSE, FRANCHISE | Unknown | Unknown | DA | 0.00 | FA |
| Microsoft, Peachtree, Forte | | | | | |
| 13. GENERAL INTANGIBLES | Unknown | 0.00 | DA | 10,000.00 | FA |
| Customer lists Response lists Lists of Mail results | | | | | |
| 14. OFFICE EQUIPMENT | 500.00 | 0.00 | DA | 5,000.00 | FA |
| Fax machini worth $100; 4 printers worth $100 each | | | | | |
| 15. OFFICE EQUIPMENT | 20,300.00 | Unknown | DA | 0.00 | FA |
| Office Furniture ($15,000) 3 TV's ($300) | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| Case No: | 08-23343 | WER | Judge: EUGENE R. WEDOFF | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SECURITY NATIONAL WARRANTY, LLC | | | Date Filed (f) or Converted (c): | 09/03/08 (f) |
| | | | | 341(a) Meeting Date: | 10/20/08 |
| | | | | Claims Bar Date: | 03/31/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20 computers ($5,000) One laptop and Avaya File System (nominal) INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 9.68 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $4,744,713.83 | $15,729.00 | | $20,006.14 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL ASSETS ADMINISTERED AND TAXES FILED. PREPARE TFR.

Initial Projected Date of Final Report (TFR): 06/30/10    Current Projected Date of Final Report (TFR): 06/30/11

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Ver: 16.02b

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-23343 -WER | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | SECURITY NATIONAL WARRANTY, LLC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9845 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4227 | | | |
| For Period Ending: | 08/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/13/09 | 14 | Frank / Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60610 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 5,000.00 | | 5,000.00 |
| 02/13/09 | 13 | Frank / Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60610 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 10,000.00 | | 15,000.00 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 15,000.03 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,000.16 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 15,000.49 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,000.87 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.37 | | 15,001.24 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,001.62 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,002.00 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.37 | | 15,002.37 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,002.75 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.37 | | 15,003.12 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,003.50 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,003.88 |
| 02/12/10 | 000301 | International Sureties, Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 14.68 | 14,989.20 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.35 | | 14,989.55 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 14,989.94 |
| 04/27/10 | 1 | AMERICAN CHARTERED BANK<br>1199 EAST HIGGINS ROAD | | 1129-000 | 4,996.46 | | 19,986.40 |

Page Subtotals       20,001.08       14.68

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-23343 -WER | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | SECURITY NATIONAL WARRANTY, LLC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9845 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4227 | | | |
| For Period Ending: | 08/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SCHAUMBURG, IL 60173 | | | | | |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 19,986.77 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,987.26 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,987.76 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,988.26 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 19,988.78 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,989.27 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 19,989.78 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,990.28 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 19,990.79 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 19,991.30 |
| 02/04/11 | 000302 | INTERNATIONAL SURETIES, LTD. | | 2300-000 | | 17.24 | 19,974.06 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,974.21 |
| 03/02/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 19,974.22 |
| 03/02/11 | | Transfer to Acct #*******7141 | Final Posting Transfer | 9999-000 | | 19,974.22 | 0.00 |

|  | COLUMN TOTALS | 20,006.14 | 20,006.14 | 0.00 |
| --- | --- | --- | --- | --- |
|  | Less: Bank Transfers/CD's | 0.00 | 19,974.22 | |
|  | Subtotal | 20,006.14 | 31.92 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 20,006.14 | 31.92 | |

Page Subtotals 5.06 19,991.46

Ver: 16.02b

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-23343 -WER | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | SECURITY NATIONAL WARRANTY, LLC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7141 BofA - Checking Account |
| Taxpayer ID No: | *******4227 | | |
| For Period Ending: | 08/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/02/11 | | Transfer from Acct #*******9845 | Transfer In From MMA Account | 9999-000 | 19,974.22 | | 19,974.22 |
| 05/11/11 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Fees | 2100-000 | | 2,750.61 | 17,223.61 |
| 05/11/11 | 003002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Expenses | 2200-000 | | 362.31 | 16,861.30 |
| 05/11/11 | 003003 | POPOWCER KATTEN, LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2207 | Accountant for Trustee Fees (Other | | | 8,527.90 | 8,333.40 |
| | | | Fees          8,522.48 | 3410-000 | | | |
| | | | Expenses         5.42 | 3420-000 | | | |
| 05/11/11 | 003004 | Frank/Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Claim 000025, Payment 98.59981%<br>ATTORNEY FOR TRUSTEE | | | 8,333.40 | 0.00 |
| | | | Fees          8,288.30 | 3210-000 | | | |
| | | | Expenses        45.10 | 3220-000 | | | |

Page Subtotals          19,974.22          19,974.22

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 13)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-23343 -WER | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | SECURITY NATIONAL WARRANTY, LLC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7141  BofA - Checking Account |
| Taxpayer ID No: | *******4227 | | |
| For Period Ending: | 08/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 19,974.22 | 19,974.22 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 19,974.22 | 0.00 | |
| | | | Subtotal | | 0.00 | 19,974.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 19,974.22 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********9845 | 20,006.14 | 31.92 | 0.00 |
| BofA - Checking Account - ********7141 | 0.00 | 19,974.22 | 0.00 |
| | 20,006.14 | 20,006.14 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*